El Juez Presidente Sr. Del Toro no intervino.

Núm. 160.—VÁZQUEZ, recurrente *v.* COMISIÓN INDUSTRIAL, dmdada. y CAQUÍAS, recurrido.— Diciembre 12, 1938.

(Por la Corte, a propuesta del Juez Asociado Sr. de Jesús.)

POR CUANTO, el recurrente no acompaña su solicitud de revisión con una copia certificada de la orden o decisión de la Comisión Industrial cuya revisión se pide;

POR CUANTO, visto el artículo 11 de la Ley núm. 45 de 18 de abril de 1935 (Leyes de ese año, págs. 251–289), no ha lugar por ahora a la revisión solicitada.

El Juez Presidente Sr. Del Toro no intervino.